**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV10-00393 JAK (RNBx) | Date | September 29, 2011 |
|---|---|---|---|
| Title | Sheldon L Zide, MD v. Provident Life and Accident Insurance Company, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On September 22, 2011, the parties filed "Joint Status Report" [137]. The Court sets an Order to Show Cause re Dismissal for October 31, 2011 at 1:30 p.m. If the parties file a dismissal by October 27, 2011, the matter will be taken off calendar and no appearance by counsel will be required.

The Status Conference re Exhibits and Court Trial are vacated.

**IT IS SO ORDERED.**

: 

Initials of Preparer   ak