# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELDON L. ZIDE, M.D., <br><br> Plaintiff, <br><br> vs. <br><br> PROVIDENT LIFE AND ACCIDENT INSURANCE, CO., a foreign insurer, and UNUM GROUP, a Delaware Corporation, (d/b/a, inter alia, Provident Life and Accident Insurance Company, The Paul Revere Life Insurance Company, and Unum Life Insurance Company), <br><br> Defendants. | Case No.: 8:10-cv-00393-JAK -RNB <br><br> Jury Trial: 11/08/11 <br> Action Filed: 04/01/10 <br><br> **ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE** JS-6 <br><br> **[FRCP 41(a)(1)]** <br><br> [Lodged concurrently with: <br> - Stipulation For Dismissal.] |

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

# ORDER OF DISMISSAL

Pursuant to stipulation of the parties, this action is hereby dismissed in its entirety with prejudice as set forth in Federal Rule of Civil Procedure 41(a)(1). Each party shall bear his or its own fees and costs.

**IT IS SO ORDERED**.

DATED: October 24, 2011 _____

THE HON. JOHN A. KRONDSTADT
UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

1